**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000663
13-MAY-2025
08:07 AM
Dkt. 10 ODSD**

NO. CAAP-24-0000663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DARREN KAWAA, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPN-23-0000029)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On October 10, 2024, Petitioner-Appellant Darren Kawaa (**Kawaa**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before December 16, 2024, and January 13, 2025, respectively;

(3) Kawaa failed to file either document, or request an extension of time;

(4) On January 21, 2025, the appellate clerk entered a default notice informing Kawaa that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on January 31, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Kawaa could request relief from default by motion; and

(5) Kawaa has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 13, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge